IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 23 AM 8:08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MOHAMMAD KASRAIE,

    Petitioner,

VS.                                    NO. 05-2076-MaV

U. S. DEPARTMENT OF HOMELAND
SECURITY,

    Respondent.

---

ORDER TO SHOW CAUSE

---

On January 1, 2005, Petitioner filed a Petition for Hearing on Naturalization Application Under 8 U.S.C. 1447(b). Summonses were issued and were returned executed on February 14, 2005. On March 29, 2005, respondent filed a motion to dismiss, and on May 19, 2005, a scheduling conference was held before Magistrate Judge Diane Vescovo. Counsel for petitioner failed to appear at the May 19, 2005, scheduling conference, and petitioner has not responded to the pending motion to dismiss.

Petitioner is directed to show cause, within eleven (11) days of the entry of this order, why this matter should not be dismissed for failure to prosecute.

It is so ORDERED this 21st day of November, 2005.

                SAMUEL H. MAYS, JR.
                UNITED STATES DISTRICT JUDGE

entered on the docket sheet in compliance
or 79(a) FRCP on 11-29-05

8

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02076 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jamie B. Naini
LAW OFFICE OF JAMIE B. NAINI
5909 Shelby Oaks Dr.
Ste. 153
Memphis, TN 38134

Honorable Samuel Mays
US DISTRICT COURT